JESSIE M. GLADDEN, Appellant, v. WILLIAM E. LOGAN et al., Individually and as Partners Doing Business under the Name of LOGAN & LOGAN, et al., Respondents

Concur — Botein, P. J., Stevens, Steuer, McNally and McGivern, JJ.

In the Matter of LENDON LOVE, Appellant, v. HORTENSE W. GABEL, as City Rent and Rehabilitation Administrator, Respondent

Concur — Botein, P. J., Stevens, Tilzer, Rabin and Witmer, JJ.